## (May 8, 1939.)

Boro Park Sanitary Live Poultry Market, Inc., and Others, Respondents, v. Max Heller, President, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 588.] The following question is certified: Should the motion for an injunction *pendente lite* have been granted on this record? Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. Settle order on notice.

Harris Eckstein and Others, Copartners Trading under the Firm Name and Style of H. Eckstein & Sons, Appellants, v. Massachusetts Bonding and Insurance Company, Respondent, and Julius Grabel, Defendant.— Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1084.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Bessie Ett and Another, Respondents, v. Messing Bakeries, Inc., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Tillie Frankenstein and Another, Respondents, v. Bond Stores, Inc., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Ida Gitomersky, Respondent, v. Kingsboro National Bank, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.